

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case names:    Gareld Duane Rollins Junior v. Southern Baptist Convention;
Gareld Duane Rollins Junior v. Second Baptist Church of Houston; and
Gareld Duane Rollins Junior v. H. Paul Pressler III, et al.

Appellate case numbers:  01-19-00149-CV; 01-19-00347-CV; 01-19-00460-CV

Trial court case numbers: 2017-69277A; 2017-69277B; 2017-69277C

Trial court:             127th District Court of Harris County

Appellant's motions to consolidate these appeals are **denied**. Appellant's motions to stay the appeals pending resolution of the consolidation motions are **dismissed as moot**.

It is so ORDERED.

Judge's signature: ____/s/ Gordon Goodman_____
Acting individually

Date: ___September 10, 2019___